**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAULINE ELEBY,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-1500** |
| | : | |
| **TRACY STEIGERWALD,** | : | |
| **Defendant.** | : | |

---

## ORDER

**AND NOW**, this 30th day of April, 2010, upon consideration of Plaintiff's Amended Motion to Remand *(Doc. No. 4)*, Defendant's response *(Doc. No. 6)*, and all related documents, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.** This matter is **REMANDED** to the Philadelphia Common Pleas Court.

The Clerk of Court shall **CLOSE** this case for statistical purposes.


**IT IS SO ORDERED.**


*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**